AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Angel Figueroa

APPEARANCE

CASE NUMBER: 1:08-MJ-50M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Angel Figueroa

I certify that I am admitted to practice in this court.

3/26/08
*Date*

[signature]
*Signature*

Joseph J Voccola 4132
*Print Name* *Bar Number*

454 Broadway
*Address*

Prov R.I. 02917
*City* *State* *Zip Code*

751-3900
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.