AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Angel Figuerca

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08-MJ-30 ML

I, Angel Figuerca, charged in a (complaint) (petition) pending in this District with conspiracy to intentionally distribute heroin in violation of Title 21, U.S.C., Section(s) 841(a)(1)(b)(1)(B); 846 and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

March 26, 2008
Date

[signature]
Counsel for Defendant