UNITED STATES DISTRICT COURT
DISTRIC OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : C.R. No.: 08-42ML
:
ANGEL FIGUEROA :

DEFENDAT'S MOTION FOR VARIANCE FROM THE RECOMMENDED GUIDELINE RANGE

Now comes the defendant, ANGEL FIGUEROA, by and through counsel, and Hereby moves this Honorable Court to depart downward from the proposed sentencing Guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant herby requests twenty minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 10:30 a.m. on Friday, September, 5 2008. For defendant's arguments please see the accompanying memorandum of law.

Angel Figueroa
By His Attorney,

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar #4132)
Law offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax)

CERTIFICATION

I hereby certify that a true copy of the within Motion was electronically filed to the United States District Court, Office of the Clerk www.riduscourts.gov and to Mary Rogers US. Attorney General, maryrogers@doj.gov on this ____day of August, 2008.